

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00129-CV

**NORMAN R. POTTER,**

**Appellant**

**v.**

**DANNY C. WASH,**

**Appellee**

From the 19th District Court
McLennan County, Texas
Trial Court No. 2004-1574-1

## MEMORANDUM OPINION

This appeal was abated for mediation.

Appellant has now filed a motion to dismiss the appeal stating that all matters in controversy between the parties have been mediated and settled and that Appellant no longer wishes to prosecute the appeal. Appellee does not oppose the motion.

Accordingly, this appeal is reinstated and dismissed. TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
	Justice Vance, and
	Justice Reyna
Appeal dismissed
Opinion delivered and filed October 8, 2008
[CV06]